**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOSETTE O. PEYTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:06cv1572 TCM** |
| | ) | |
| **OTIS ELEVATOR COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This action is before the Court on the parties' motion requesting that the Court set a

deadline of March 28, 2008 – ten days before trial on April 7 – by which the parties must file

their pre-trial compliance. The parties refer in their motion to a standard order requiring

pretrial compliance to be filed ten days prior to trial. The case management order entered

in the instant case, however, sets a deadline of *twenty* days before trial. Consequently, the

parties' motion [Doc. 19] is DENIED and the pretrial compliance is due **on or before**

**March 18, 2008**.


/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of January, 2008.